# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| VICTOR M. GONZALEZ, | Civil No. 14-1263 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

_____

Victor M. Gonzalez, 23980-298, Federal Prison Camp-Duluth, PO Box 1000, Duluth, MN 55814, *pro se* plaintiff,

Ana Voss, D. Gerald Wilhelm, David W. Fuller, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that Petitioner Victor M. Gonzalez's Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED** and this action is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 21, 2015      s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                              United States District Judge